# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WYOMING VALLEY FRATERNAL ORDER OF POLICE d/b/a HOME ASSOCIATION LODGE #36,<br><br>    Plaintiff,<br><br>    v.<br><br>SELECTIVE INSURANCE COMPANY OF THE SOUTHEAST AND STOCK INSURANCE COMPANY,<br><br>    Defendants. | NO. 3:18-CV-2270<br><br>(JUDGE CAPUTO) |

## ORDER

**NOW**, this 14th day of February, 2019, **IT IS HEREBY ORDERED** that:

(1) Defendants' Motion to Dismiss Count II of the Complaint (Doc. 2) is **GRANTED**.

(2) Plaintiff's bad faith claim in Count II of the Complaint is **DISMISSED without prejudice** to Plaintiff filing an amended complaint within **twenty-one (21) days** from the date of entry of this Order to plead a plausible bad faith claim.

(3) Failure to timely file an amended complaint will result in the dismissal of the bad faith claim **with prejudice**.

```
                                         /s/ A. Richard Caputo
                                         A. Richard Caputo
                                         United States District Judge
```