# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WYOMING VALLEY FRATERNAL ORDER OF POLICE d/b/a HOME ASSOCIATION LODGE #36, <br><br> Plaintiff, <br><br> v. <br><br> SELECTIVE INSURANCE COMPANY OF THE SOUTHEAST AND STOCK INSURANCE COMPANY, <br><br> Defendants. | NO. 3:18-CV-2270 <br><br> (JUDGE CAPUTO) |

## ORDER

**NOW**, this 26th day of April, 2019, **IT IS HEREBY ORDERED** that:

(1) Defendants' Motion to Dismiss Count II of the Amended Complaint (Doc. 11) is **GRANTED**.

(2) Plaintiff's bad faith claim in Count II of the Amended Complaint is **DISMISSED with prejudice**.

(3) Defendants shall file their Answer to the Amended Complaint within **fourteen (14) days** from the date of entry of this Order.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge